**Petra E. HERNANDEZ, Petitioner–Appellant,**

v.

**Carol CALDWELL; Mack Jarvis, Respondents–Appellees.**

No. 01–7293.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Oct. 16, 2002.

Petra E. Hernandez, Appellant Pro Se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellees.

Before WILKINS, MICHAEL, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Petra E. Hernandez seeks to appeal the district court's order denying relief on her petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Hernandez has not made a substantial showing of the denial of a constitutional right. *Hernandez v. Caldwell*, No. CA–97–717–5–H (E.D.N.C. July 18, 2001). Accordingly, we deny a certificate of appeala-

bility and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We deny Hernandez's motions for appointment of counsel and formal briefing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*